Proctor L. DOUGHERTY, Sidney Tallaferro, and William B. Ladue, Commissioners of the District of Columbia, Appellants, v. UNITED STATES of America ex rel. Gus Lee HOGAN, Appellee.

No. 5177.

Court of Appeals of District of Columbia.

Argued Oct. 8, 1930.

Decided Dec. 1, 1930.

F. H. Stephens, of Washington, D. C., for appellants.

W. Gwynn Gardiner, of Washington, D. C., for appellee.

Before MARTIN, Chief Justice, ROBB, Associate Justice, and WHEAT, Chief Justice of the Supreme Court of the District of Columbia.

ROBB, Associate Justice.

This case (in which appellee on retirement in October, 1924, was awarded by appellants a pension of $50 per month) is ruled by our decision in Dougherty v. United States ex rel. Browning (No. 5176) 60 App. D. C. 8, 45 F.(2d) 926.

The judgment, therefore, should be modified so as to require the payment to appellee of a pension at the rate of $87.50 per month, commencing October 15, 1924, and continuing until July 1, 1930. As thus modified, the judgment is affirmed, with costs.

Affirmed, as modified.

---

Proctor L. DOUGHERTY, Sidney Tallaferro, and William B. Ladue, Commissioners of the District of Columbia, Appellants, v. UNITED STATES of America ex rel. Walter D. TOMS, Appellee.

No. 5178.

Court of Appeals of District of Columbia.

Argued Oct. 8, 1930.

Decided Dec. 1, 1930.

F. H. Stephens, of Washington, D. C., for appellants.

W. Gwynn Gardiner, of Washington, D. C., for appellee.

Before MARTIN, Chief Justice, ROBB, Associate Justice, and WHEAT, Chief Justice of the Supreme Court of the District of Columbia.

ROBB, Associate Justice.

This case (in which appellee on retirement in August, 1928, was awarded by appellants a pension of $50 per month) is ruled also by our decision in Dougherty v. United States ex rel. Browning (No. 5176) 60 App. D. C. 8, 45 F.(2d) 926.

The judgment, therefore, should be modified so as to require the payment to appellee of a pension at the rate of $87.50 per month, commencing August 16, 1928, and continuing until July 1, 1930. As thus modified, the judgment is affirmed, with costs.

Affirmed, as modified.